1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11   LIZA N. BENJAMIN, an individual,        )        Case No.:  CV 09-5326 DSF (CWx)
     AUGUSTO N. BENJAMIN, an                 )
12   individual,                             )
                                             )
13               Plaintiffs,                 )
                                             )        JUDGMENT
14         vs.                               )
                                             )
15   FIRST GUARANTY FINANCIAL                )
     CORPORATION, et al.,                    )
16                                           )
                 Defendants.                 )
17   _____       )
18
19         The Court having previously issued an Order to Show Cause re Dismissal
20   for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiffs
     not having timely responded or appeared at the hearing,
21
22         IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that
23   the action be dismissed, and that defendants recover their costs of suit pursuant to
     a bill of costs filed in accordance with 28 U.S.C. § 1920.
24
25         IT IS SO ORDERED.
                 1/4/10
26
     Dated: _____          _____
27                                                 Dale S. Fischer
                                             United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28